## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

DAVID POWELL, SR., on behalf of himself
and all others similarly situated,

*Plaintiff,*

v.

KONINKLIJKE PHILIPS N.V.; PHILIPS
NORTH AMERICA LLC; and PHILIPS RS
NORTH AMERICA LLC,

*Defendants.*

**Case No. 21-CV-03412**

**CLASS ACTION COMPLAINT**

**DEMAND FOR JURY TRIAL**

## AFFIDAVIT OF SERVICE

I, Joseph L. Messa, Jr., Esquire, being duly sworn according to law, depose and say that Plaintiff's Summons and Complaint were served upon Defendant, Philips North America, LLC, via Certified Mail, Return Receipt, on August 17, 2021. The Certified Return Receipt card dated August 21, 2021, is attached hereto as **Exhibit "A."**

**MESSA AND ASSOCIATES, P.C.**

*/s/ Joseph L. Messa, Jr.*
**JOSEPH L. MESSA, JR., ESQUIRE**
*Attorney for the Plaintiff*

Dated: August 25, 2021

# EXHIBIT

# A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Philips North America LLC
222 Jacobs Street Floor 3
Cambridge, Massachusetts
02141

9590 9402 6468 0346 4770 61

7017 2680 0000 5771 8678

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _CR_
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
4121    C19

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

SCANNED 8-24-21

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
   ured Mail
   ured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt